United States District Court
Southern District of Texas
**ENTERED**
November 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLIFTON COOK, | § |
| Plaintiff, | § |
| v. | §   Case No. 4:25-cv-05238 |
| EQUIFAX INFORMATION SERVICES, LLC, | § |
| Defendant. | § |

# ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S OPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR <u>OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT</u>

Before the Court is Defendant Equifax Information Services LLC's Opposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion"). The Court, having considered the Motion, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Equifax Information Services LLC's Opposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant Equifax Information Services LLC is given through and including December 22, 2025, to answer or otherwise respond to Plaintiff's Complaint.

SIGNED at Houston, Texas on November 26, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE