UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFTON COOK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-05238 |
| | § | |
| EQUIFAX INFORMATION SERVICES, LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Before the Court is Defendant Equifax Information Services LLC's Motion to Dismiss Plaintiff's Complaint and Memorandum in Support (the "Motion"). The Court, having considered the Motion, and any response or reply thereto, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Equifax Information Services LLC's Motion to Dismiss Plaintiff's Complaint is GRANTED; and

IT IS FURTHER ORDERED that Plaintiff's Complaint is hereby dismissed with prejudice.

SIGNED at Houston, Texas on _____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE